IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSHUA S. FRIEBEL and ELIZABETH
F. FRIEBEL,

        Plaintiffs,

vs.                                                 CASE NO. 5:10cv120/RS-MD

PARADISE SHORES OF BAY COUNTY,
LLC, a Florida Limited Liability Company;
ROBERT E. BLACKERBY; and MAGNUM
CAPITAL, LLC, a Florida Limited Liability
Company,

        Defendants
_____/

## ORDER

      Before me is Robert E. Blackerby and Magnum Capital LLC's Motion To Dismiss Crossclaim Of Defendant Paradise Shores Of Bay County, LLC (Doc. 23). Defendant Paradise Shores Of Bay County, LLC has not filed a response to the Motion To Dismiss as required by N.D. Fla. Loc. R. 7.1(C)(1), which provides "failure to file a responsive memorandum may be sufficient cause to grant the motion."

      **IT IS ORDERED** that the Crossclaim of Defendant Paradise Shores Of Bay County, LLC against Defendants Robert E. Blackerby and Magnum Capital LLC (Doc. 16, Pages 19-20) is dismissed.

      **ORDERED** on August 23, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**