IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSHUA S. FRIEBEL and
ELIZABETH F. FRIEBEL,
husband and wife,

    Plaintiffs,

vs.                                         CASE NO. 5:10-cv-120/RS-EMT

PARADISE SHORES OF BAY COUNTY,
LLC, a Florida limited liability company;
ROBERT E. BLACKERBY, an individual;
MAGNUM CAPITAL, LLC, a Florida limited
liability company; DURDEN ENTERPRISES
II, INC., a Delaware corporation; DURDEN
ENTERPRISES, LLC, a Florida limited
liability company; ESTATE OF KEDRICK
EARL DURDEN; MICHAEL EARL DURDEN,
as Personal Representative of the Estate of
Kedrick Earl Durden; and MH I, LLC, a Florida
limited liability company,

    Defendants.
_____/

## ORDER

Before me is Defendants Robert E. Blackerby, Magnum Capital, LLC, and MH I, LLC's Motion for Reconsideration (Doc 65). Defendants Blackerby and Magnum Capital have been named in this suit from the beginning--May 2010. Defendant MH I, shares the same address as Defendant Magnum Capital and, thus, has been on notice of this suit for as long. The addition of MH I relates back to the date of the original pleading, Fed. R. Civ. P. 15(c)(1)(C)(ii), providing Movants with ample time to consider the case and their strategy. However, Movants chose to remain silent for more than five

months before seeking to serve a third-party complaint without explaining why such a party is indispensible.

The Motion for Reconsideration (Doc 65) is **DENIED**.

ORDERED on November 3, 2010

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**