IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSHUA S. FRIEBEL and
ELIZABETH F. FRIEBEL,
husband and wife,

    Plaintiffs,

vs.                               CASE NO. 5:10-cv-120/RS-EMT

PARADISE SHORES OF BAY COUNTY,
LLC, a Florida limited liability company;
ROBERT E. BLACKERBY, an individual;
MAGNUM CAPITAL, LLC, a Florida limited
liability company; DURDEN ENTERPRISES
II, INC., a Delaware corporation; DURDEN
ENTERPRISES, LLC, a Florida limited
liability company; ESTATE OF KEDRICK
EARL DURDEN; MICHAEL EARL DURDEN,
as Personal Representative of the Estate of
Kedrick Earl Durden; and MH I, LLC, a Florida
limited liability company,

    Defendants.
_____/

## ORDER

1. A joint status report shall be filed by the 10th day of each month and shall provide a current account of discovery that has been accomplished, and discovery that has yet to be accomplished. Attorney Jeffery Stephens is charged with preparing this report for comment by Defendants.

2. Before December 25, 2010, the parties shall update their discovery plan which shall identify persons and entities from which discovery is sought, and specific dates and deadlines by which discovery is to be accomplished.

3. The non-jury trial has been rescheduled for June 27, 2011, beginning at 9:00 a.m. CDT, in Panama City, Florida.

4. The pretrial conference is rescheduled for June 17, 2011 at 1:30 p.m. CDT in Panama City, Florida.

5. All other dates and deadlines remain unchanged.

**ORDERED** on November 30, 2010

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**