IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSHUA S. FRIEBEL and ELIZABETH F. FRIEBEL,

    Plaintiffs,

vs.                                CASE NO. 5:10cv120/RS-MD

PARADISE SHORES OF BAY COUNTY, LLC, a Florida Limited Liability Company; ROBERT E. BLACKERBY; and MAGNUM CAPITAL, LLC, a Florida Limited Liability Company,

    Defendants
_____/

## ORDER

Plaintiffs' Motion For Summary Judgment (Doc. 121) is **denied.**

**ORDERED** on February 8, 2011.

            /S/ Richard Smoak
            **RICHARD SMOAK**
            **UNITED STATES DISTRICT JUDGE**