**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JOSHUA S. FRIEBEL and ELIZABETH
F. FRIEBEL,

    Plaintiffs,

vs.                                CASE NO. 5:10cv120/RS-MD

PARADISE SHORES OF BAY COUNTY,
LLC, a Florida Limited Liability Company;
ROBERT E. BLACKERBY; and MAGNUM
CAPITAL, LLC, a Florida Limited Liability
Company,

    Defendants
_____/

## ORDER

Defendants' Motion To Strike Statement Of Alleged Uncontested Facts By Plaintiffs (Doc. 137) and Defendants' Motion To Strike Affidavit Of Plaintiff Elizabeth Friebel (Doc. 138) are denied as moot**.**

**ORDERED** on February 8, 2011.

    /S/ Richard Smoak
    **RICHARD SMOAK
    UNITED STATES DISTRICT JUDGE**