# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**JOSHUA S. FRIEBEL and**
**ELIZABETH F. FRIEBEL,**
**husband and wife,**

      **Plaintiffs,**

**vs.**                            **CASE NO. 5:10-cv-120/RS-CJK**

**PARADISE SHORES OF BAY COUNTY,**
**LLC, a Florida limited liability company;**
**ROBERT E. BLACKERBY, an individual;**
**MAGNUM CAPITAL, LLC, a Florida limited**
**liability company; DURDEN ENTERPRISES**
**II, INC., a Delaware corporation; DURDEN**
**ENTERPRISES, LLC, a Florida limited**
**liability company; ESTATE OF KEDRICK**
**EARL DURDEN; MICHAEL EARL DURDEN,**
**as Personal Representative of the Estate of**
**Kedrick Earl Durden; and MH I, LLC, a Florida**
**limited liability company,**

      **Defendants.**
_____/

## ORDER

      Plaintiff shall respond to Defendant's Motion to Strike (Doc. 269) not later than

May 31, 2011.  To be clear, the Order (Doc. 242) which instructed the parties to

supplement their motions for summary judgment did not alter the discovery deadline or

the requirements for disclosure of expert testimony contemplated by Rule 26(a)(2).

**ORDERED** on May 25, 2011.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**