IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSHUA S. FRIEBEL and
ELIZABETH F. FRIEBEL,
husband and wife,

      Plaintiffs,

vs.                                          CASE NO. 5:10-cv-120/RS-EMT

PARADISE SHORES OF BAY COUNTY,
LLC, a Florida limited liability company, et al.,

      Defendants.
_____/

## ORDER

      The relief requested in Plaintiffs' Motion to Enlarge Time to Respond to the

Blackerby Defendants' Motion to Enforce Settlement Agreement (Doc. 347) is

**GRANTED**.  Plaintiffs shall respond not later than August 31, 2011.


ORDERED on August 15, 2011.

                  /S/ Richard Smoak
                  **RICHARD SMOAK**
                  **UNITED STATES DISTRICT JUDGE**