# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 27, 2014

Jessica Lyublanovits
U.S. District Court
30 W GOVERNMENT ST
PANAMA CITY, FL 32601

Appeal Number: 12-16573-FF
Case Style: Joshua Friebel, et al v. Robert Blackerby, et al
District Court Docket No: 5:10-cv-00120-RS-CJK

The enclosed judgment is hereby issued as the mandate of this court.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin
Phone #: (404) 335-6178

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 12-16573
_____

District Court Docket No.
5:10-cv-00120-RS-CJK

JOSHUA S. FRIEBEL,
Husband,
ELIZABETH F. FRIEBEL,
and Wife,

        Plaintiffs - Appellants,

versus

PARADISE SHORES OF BAY COUNTY LLC,
a Florida Limited Liability Company,

        Defendant - Cross Claimant - Cross Defendant,

ROBERT E. BLACKERBY,
an Individual,
MAGNUM CAPITAL LLC,
a Florida Limited Liability Company,
MH 1 LIMITED LIABILITY COMPANY,
a Florida Limited Liability Company,

        Defendants - Cross Defendants -
        Cross Claimants - Appellees,

DURDEN ENTERPRISES II INC.,
a Delaware Corporation, et al.,

        Defendants - Cross Defendants,

MICHAEL EARL DURDEN,
as Personal Representative of the
Estate of Kedrick Earl Durden,

        Defendant.

_____

Appeal from the United States District Court for the
Northern District of Florida
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 28, 2014
For the Court: John Ley, Clerk of Court
By: Jeff R. Patch

Issued as Mandate:
June 27, 2014